# IN THE SUPREME COURT OF THE STATE OF NEVADA

JPMORGAN CHASE BANK, N.A., FOR ITSELF AND AS SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC,

Appellant,

vs.

MBD IRA, LLC; AND LP FINANCIAL INC.,

Respondents.

No. 73993

FILED

JUN 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Timothy C. Williams, District Judge
Janet Trost, Settlement Judge
Ballard Spahr LLP/Las Vegas
Ballard Spahr LLP/Washington DC
The Law Office of Mike Beede, PLLC
Eighth District Court Clerk

---

[1]The court takes no action on appellant's motion to stay briefing schedule as appellant has withdrawn the motion.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-21219